# *IN THE UNITED STATES DISTRICT COURT*
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                            PLAINTIFF

V.                        NO.  4:05CR00040-011  SWW

GREGORY STEPHEN HURDLE, SR.                           DEFENDANT

### **ORDER**

Before the Court is the government's petition to revoke defendant's supervised release and a request that a summons be issued for the hearing [doc #557] as to the above-named defendant.

A hearing is scheduled on **TUESDAY, APRIL 14, 2015 AT 1:00 P.M. in Courtroom #389**, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Little Rock, Arkansas, to show cause why the supervised release previously granted this defendant should not be revoked.

IT IS THEREFORE ORDERED that the Clerk of Court is directed to issue a summons for *Gregory Stephen Hurdle, Sr.*, and the United States Marshal is directed to serve the summons in this matter upon defendant.

IT IS SO ORDERED this 13th day of March 2015.

                                                                    /s/Susan Webber Wright
                                                                    UNITED STATES DISTRICT JUDGE