# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

vs.                          NO. 4:05CR00040-011  SWW

GREGORY STEPHEN HURDLE, SR.                                    DEFENDANT

### **ORDER**

The above entitled cause came on for hearing July 15, 2015 on the government's motion to revoke defendant's conditions of supervised release previously granted in the United States District Court for the Eastern District of Arkansas.  Based upon statements on the record, the Court found that the revocation hearing should be continued for another ninety (90) days to see how defendant will comply with the conditions of supervised release.

IT IS THEREFORE ORDERED that the hearing on the government's motion for revocation of supervised release in this matter is continued until *1:00 p.m. on THURSDAY, OCTOBER 22, 2015*, **in Room #389**, Richard Sheppard Arnold United States Courthouse, Little Rock, Arkansas.

Defendant is to continue to be under supervision and is reminded that he shall comply with and abide by all of the conditions of supervised release.  If defendant violates the conditions of supervised release prior to the date of this scheduled hearing, a revocation hearing may be scheduled immediately.

IT IS SO ORDERED this 16th day of July 2015.

                                                    /s/Susan Webber Wright

                                                UNITED STATES DISTRICT JUDGE