**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                          PLAINTIFF

vs.                                            NO. 4:05CR00040–011  SWW

GREGORY STEPHEN HURDLE, SR.                                                DEFENDANT

### ORDER

The above entitled cause came on for hearing October 15, 2015 on government's superseding petition to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas.  Based upon the statements of counsel and the admissions of defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, ***revoked***, granting government's superseding petition [doc #579].  Defendant shall serve a term of imprisonment of ***TWELVE (12) MONTHS AND ONE (1) DAY*** in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated in Forrest City, Arkansas, Texarkana, Texas or as close as possible to central Arkansas to be close to family; and that defendant participate in a substance abuse treatment  program during incarceration.

There will be ***NO*** supervised release to follow.

Defendant remanded to the custody of the United States Marshal.

IT IS SO ORDERED this 15th day of October 2015.

/s/Susan Webber Wright

United States District Judge